IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARLENE HOLCOMB,  )
  )
      Plaintiff,  )
  )  CIVIL ACTION NO. 07-0863
  )
  v.  )  JUDGE LANCASTER
  )
MICHAEL J. ASTRUE,  )
Commissioner of  )
Social Security,  )
  )
      Defendant.  )

ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, Bruce E. Woodske, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Four Thousand Eight Hundred dollars ($4,800.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

BY THE COURT:

_____ J.

DATED: 11-8-08